# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:08CR10-T** |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **LUIS RUELAS-YEPEZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss without prejudice the charges contained in the Bill of Indictment filed herein.

For the reasons stated and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the Defendant's counsel, the United States Attorney's Office, the United States Marshal's Office, and the United States Probation Office.

Signed: June 23, 2008

Lacy H. Thornburg
United States District Judge